IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ECEIPT LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 2:18-CV-00174-RWS-RSP |
| v. | § | |
| | § | |
| ACADEMY, LTD. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted by and between Plaintiff eCeipt, LLC and Defendant Academy, Ltd. After consideration, the Court is of the opinion that this Motion should be GRANTED. It is therefore ORDERED that all claims and counterclaims asserted in this suit by and between Plaintiff eCeipt, LLC and Defendant Academy, Ltd. are hereby dismissed with prejudice. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 14th day of November, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE